# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Kendell Whitfield             Docket No. 7:99-CR-27-2

### Petition for Action on Supervised Release

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kendell Whitfield, who, upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute Cocaine Base, in violation of 21 U.S.C. §846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on August 2, 1999, to the custody of the Bureau of Prisons for a term of 300 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

2. The defendant shall pay a special assessment of $100.00 and a fine of $11,652.00.

On December 11, 2000, the term of imprisonment was reduced to 283 months pursuant to Rule 35(b). On February 4, 2002, the term of imprisonment was reduced to 188 months and the term of supervised release was reduced to 36 months pursuant to Rule 35(a). On March 17, 2003, the term of imprisonment was reduced to 156 months pursuant to Rule 35(b). On June 3, 2008, the term of imprisonment was reduced to 126 months pursuant to 18 U.S.C. §3582(c)(2).

Kendell Whitfield was released from custody on June 18, 2008, at which time the term of supervised release commenced.

Kendell Whitfield
Docket No. 7:99-CR-27-2
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the defendant's release, he has been unable to secure gainful employment. In January 2009, the defendant began college courses at James Sprunt Community College in Kenansville, North Carolina. In July 2010, the defendant was diagnosed with prostate cancer and has completed eight weeks of radiation. To assist him with job readiness skills, the probation officer is recommending the conditions of supervision be modified to include vocational training, cognitive behavioral training and educational services.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in such vocational training program as may be directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Kevin L. Connolley | /s/ Djoni B. Barrett |
| Kevin L. Connolley | Djoni B. Barrett |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 472-C Western Blvd. |
| | Jacksonville, NC 28546-6862 |
| | Phone: (910) 347-9038 |
| | Executed On: November 15, 2010 |

Kendell Whitfield
Docket No. 7:99-CR-27-2
Petition For Action
Page 3

## ORDER OF COURT

Considered and ordered this 15th day of November, 2010, and ordered filed and made a part of the records in the above case.

*James C. Fox*
James C. Fox
Senior U.S. District Judge